UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ICESTONE, LLC,

                        Plaintiff,

-against-

MATEC S.R.L., et al.,

                        Defendants.
------------------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
09-cv-1292 (CBA)

**AMON, Chief United States District Judge**.

    On January 17, 2012, the Court referred to Magistrate Judge Viktor V. Pohorelsky plaintiff Icestone's response to an order to show cause why the above-captioned action should not be dismissed for failure to prosecute. Judge Pohorelsky's March 13, 2012 report and recommendations recommended that plaintiff be given a final opportunity to renew its motion for a default judgment. Finding no clear error, the Court adopts this recommendation. Such motion shall be filed on or before April 30, 2012.

SO ORDERED.

Dated: April 3, 2012
       Brooklyn, N.Y.

                                                    /s/
                                        Carol Bagley Amon
                                        Chief United States District Judge